Honorable Judge Hendrix,

I am writing you in reference to my cause numbers in Howard County, Texas. In cause numbers 16815, 16816, 16817, 16818; not only was my civil rights violated but also they hold no rudimentary evidence. The District Attorney, Josh Hamby is alleged to be in collusion, conspiracy, and showing patterns of racketeering. Also the Big Spring Police, Narcotics Officers and Jailers are involved. I fear that there is no way for me or others to have a fair trial here.

I am requesting that you allow me to move my causes into your court. They have violated my 6th Amendment right to defend myself and have given me an attorney whom is in conspiracy with them to send me into involuntary servitude. They

Are charging me with a gun or fire arm and in my property was a BB GUN. They replaced it with a fire arm that has NO Firing pin, spring or Face plate that they found in a Residence that I was Not at Nor Resided. There are many violations by people under the color of state that they are hiding. I am reporting that laws are being broken by these people sworn to uphold justice in our country. I will be filing a civil law suite. This is only 1 of my cases and its Not even the worst. I wont waste your time by describing the others with more violations of the law. Please investigate these allegations and move my causes into your court.

Respectfully Submitted,

Tyron Dyeralle DAVIS



Tyran Latraille Davis
Bott. W. Hwy 80
Big Spring, Tx. 79721

Legal Mail —

X-RAY

James Wesley Hendix
United States District Court
Northern District of Texas
P.O. Box 1218
Abilene, Tx. 79604

RECEIVED
DEC 20 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

US POSTAGE and PITNEY BOWES
ZIP 79720
02 4W
0000385051 DEC. 18 2023
$ 000.63

