IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| TYRON DYERALLE DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-CV-00241-C |
| | § | |
| JOSH HAMBY, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Tyron Dyeralle Davis filed a handwritten letter that the Court construed as a civil-rights complaint under 42 U.S.C. § 1983. On February 26, 2024, the Court received a "notice" from Davis, which strongly suggests that he does not want to proceed with this lawsuit. (Doc. 7). He explains to the Court that he has another purported section "1985 and 1986" class action lawsuit pending in this Court[1] and "ask[s] the courts to dismiss the 1983 civil suit filed."

Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. Because this case is the only § 1983 action that Davis has pending, the Court finds that Davis's notice serves as a self-executing notice of voluntary dismissal under Rule 41(a). *See* Fed. R. Civ. P. 41(a). The Court DIRECTS the Clerk to close this case.

If Davis, by filing his notice, did not intend to dismiss this action, he must file a motion reopen this case within 30 days from the date of this order. However, should Davis choose to do so, he must cure his outstanding filing deficiencies at that time. *See* Doc. 6.

Dated March 25, 2024.

_____
SAM R. CUMMINGS
Senior United States District Judge

---

[1] *See Barrera v. Seaton*, No. 1:24-CV-00018-H (N.D. Tex. Jan. 25, 2024).